Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorneys for Defendant*
*Ramparts, LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYANT LECHUGA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAMPARTS, LLC, a Nevada Limited Liability Company; DOES I-X; and ROE Business Entities I-X,<br><br>    Defendants. | Case No. 2:19-cv-01731-APG-BNW<br><br>**MOTION FOR LEAVE TO WITHDRAW ATTORNEY DONALD P. PARADISO** |

Defendants MGM RESORTS INTERNATIONAL ("MGMRI") and RAMPARTS, LLC, by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Donald P. Paradiso as counsel of record from the above captioned case and the Court's docket. Mr. Paradiso is no longer an employee of Jackson Lewis P.C. and his withdrawal will not cause any delay in the action. Deverie Christensen will remain lead counsel of record for Plaintiff.

Dated this 6th day of November 2019.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar # 6596
300 S. 4th St., Suite 900
Las Vegas, NV 89101

*Attorneys for Defendant*
*Ramparts, LLC*

**IT IS SO ORDERED**

**DATED:** November 12, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-1-

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 6th day of November, 2019, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **MOTION FOR LEAVE TO WITHDRAW ATTORNEY DONALD P. PARADISO** properly addressed to the following:

James P. Kemp
Kemp & Kemp
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorneys for Plaintiff*
*Bryant Lechuga*

                                                */s/ Kelley Chandler*
                                                Employee of Jackson Lewis P.C.

4840-4925-9434, v. 1