DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendant Ramparts, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYANT LECHUGA,<br><br>   Plaintiff,<br><br>vs.<br><br>RAMPARTS, LLC, a Nevada Limited Liability Company; DOES I-X; and ROE Business Entities I-X,<br><br>   Defendants. | Case No. 2:19-cv-01731-APG-BNW<br><br>**STIPULATION AND ORDER TO STAY ACTION UNTIL MAY 22, 2020**<br><br>(ECF No. 24) |

IT IS HEREBY STIPULATED by and between Plaintiff Bryan Lechuga ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Ramparts, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that this action be stayed in its entirety for 60 days, until May 22, 2020, with this Court's approval. This Stipulation is submitted and based upon the following:

1. Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process. Defendant has temporarily ceased all business operations for health and safety reasons, and will continue to do so in accordance with the directive of Governor Steve Sisolak. During this time, the Parties will be unable to participate meaningfully in discovery.

2. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety for a period of 60 days, until May 22, 2020.

3. On or before May 29, 2020, the Parties will submit a Stipulation and Order to Amend the Scheduling Order (ECF No. 21) to establish new deadlines.

4. Should circumstances change such that a shorter or a longer stay is appropriate, the Parties will immediately and jointly notify the Court.

5. This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of March, 2020.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Bar # 6375 <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, NV 89130 <br><br> *Attorneys for Plaintiff* <br> *Bryant Lechuga* | */s/ Joshua A. Sliker* <br> Deverie J. Christensen, Bar # 6596 <br> Joshua A. Sliker, Bar #12493 <br> 300 S. 4th St., Suite 900 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Defendant* <br> *Ramparts, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2020.

4824-7170-8088, v. 1