DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorney for Defendant Ramparts, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYANT LECHUGA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMPARTS, LLC, a Nevada Limited Liability Company; DOES I-X; and ROE Business Entities I-X,<br><br>Defendants. | Case No. 2:19-cv-01731-APG-BNW<br><br>**STIPULATION AND ORDER TO STAY ACTION UNTIL JUNE 22, 2020**<br><br>**(SECOND REQUEST)**<br><br>(ECF No. 25) |

IT IS HEREBY STIPULATED by and between Plaintiff Bryant Lechuga ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Ramparts, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that this action be stayed in its entirety for an additional 30 days, until June 22, 2020, with this Court's approval. This Stipulation is submitted and based upon the following:

1. Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process.

2. On March 18, 2020, Defendant, along with all other gaming establishments in Nevada, ceased operations in accordance with Governor Steve Sisolak's Emergency Directive 002.

3. On March 23, 2020, the Parties filed a Stipulation and Order with this Court (ECF No. 24) seeking to stay the case until May 22, 2020 due to the COVID-19 pandemic. The Stipulation remains pending.

4. On March 31, 2020, Governor Sisolak issued Emergency Directive 010 requiring Nevada residents to stay in their homes until April 30, 2020 except to perform work for or obtain goods or services from essential businesses.

5. On April 29, 2020, Governor Sisolak issued Emergency Directive 016 which orders that gaming establishments "shall remain closed until the Gaming Control Board determines that operations may safely resume." In addition, the Governor extended the stay-at-home order to May 15, 2020.

6. During this time, the Parties have been, and will continue to be unable to, participate meaningfully in discovery. Indeed, Defendant has been forced to furlough thousands of employees and it is uncertain when it will be able to reopen.

7. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety for an additional 30-day period, until June 22, 2020.

8. On or before June 29, 2020, the Parties will submit a Stipulation and Order to Amend the Scheduling Order (ECF No. 21) to establish new deadlines.

9. Should circumstances change such that a shorter or a longer stay is appropriate, the Parties will immediately and jointly notify the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

10. This request is made in good faith and not for the purpose of delay.

Dated this 4th day of May, 2020.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp*<br>James P. Kemp, Bar # 6375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br><br>*Attorneys for Plaintiff*<br>*Bryant Lechuga* | */s/ Joshua A. Sliker*<br>Deverie J. Christensen, Bar # 6596<br>Joshua A. Sliker, Bar #12493<br>300 S. 4th St., Suite 900<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant*<br>*Ramparts, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 5, 2020.

4820-7872-3771, v. 1