DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Ramparts, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYANT LECHUGA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAMPARTS, LLC, a Nevada Limited Liability Company; DOES I-X; and ROE Business Entities I-X,<br><br>  Defendants. | Case No. 2:19-cv-01731-APG-BNW<br><br>**STIPULATED:**<br><br>**(1) NOTICE OF SETTLEMENT;**<br><br>**(2) REQUEST FOR STAY; and**<br><br>**(3) REQUEST FOR STATUS CHECK** |

Plaintiff Bryant Lechuga and Defendant Ramparts, LLC, by and through their respective counsel, hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check. The parties have reached a resolution of this matter and are working to finalize the language of the settlement agreement. In addition, the agreement reached by the parties requires the cooperation of a third-party labor union which is expected to take several weeks to resolve. As such, the parties respectfully request that the Court set a status check for thirty (30) days from the date of this filing, or as soon thereafter as is practicable. The status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

/ / /

/ / /

/ / /

The parties also request that the Court stay all pending deadlines set forth in the operative Scheduling Order (ECF No. 41) including, but not limited to, the deadline to file dispositive motions and joint pretrial order during the 30-day status check period. The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 5th day of February, 2021.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ James P. Kemp | /s/ Joshua A. Sliker |
| James P. Kemp, Bar #6375 | Joshua A. Sliker, Bar #12493 |
| 7435 West Azure Drive, Suite 110 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

Based on the parties' notice of settlement, IT IS ORDERED that by March 8, 2021, the parties must file either dismissal paperwork or a joint status report indicating the status of settlement. IT IS FURTHER ORDERED that all pending deadlines in the operative scheduling order are STAYED until March 8, 2021.

**IT IS SO ORDERED**

**DATED:** 10:43 am, February 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**