DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: deverie.christensen@jacksonlewis.com
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Ramparts, LLC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYANT LECHUGA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAMPARTS, LLC, a Nevada Limited Liability Company; DOES I-X; and ROE Business Entities I-X,<br><br>  Defendants. | Case No. 2:19-cv-01731-APG-BNW<br><br>**JOINT STATUS REPORT** |

Defendant Ramparts, LLC ("Defendant"), by and through its counsel Jackson Lewis P.C., and Plaintiff Bryant Lechuga ("Plaintiff"), by and through his counsel Kemp & Kemp, hereby submit the following Joint Status Report pursuant to the Court's Order (ECF No. 49) regarding status of the parties settlement efforts:

1. Plaintiff intends to sign the Settlement Agreement, without the disputed language, on April 13, 2021.

2. The parties request that the Court continue the stay of all case deadlines, including dispositive motions, for twenty-one (21) days.

/ / /

/ / /

/ / /

/ / /

3. The parties further request that the Court set a status check for twenty-one (21) days for the settlement conditions to be satisfied and dismissal paperwork to be filed with the Court.

Dated this 12th day of April, 2021.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Bar #6375 <br> 7435 West Azure Drive, Suite 110 <br> Las Vegas, Nevada 89130 | */s/ Joshua A. Sliker* <br> Deverie J. Christensen, Bar #6596 <br> Joshua A. Sliker, Bar #12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

4851-2392-1893, v. 1

## ORDER

Based on the parties' joint status report IT IS ORDERED that by May 7, 2021, the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 4:53 pm, April 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**